■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK BAXTER MONROE, Petitioner.— Motion for reinstatement of appeal treated as motion for extension of time for taking appeal (CPL 460.30). Motion denied. (See *People* v. *Saunders*, 28 N Y 2d 196.) Herlihy, P. J., Greenblott, Sweeney, Kane and Reynolds, JJ., concur.

■ In the Matter of the Arbitration between A & R CONSTRUCTION Co., INC., Respondent, and GORLIN-OKUM, INC., Appellant.— Motion for a stay pending appeal denied, without costs. (See CPLR 5519, subd. [a], par. 2.) Herlihy, P. J., Greenblott, Sweeney, Kane and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD BRINKLEY, Petitioner, v. J. LELAND CASSCLES, as Superintendent of Great Meadow Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied, without costs. In the interests of justice, petition transferred to Supreme Court, Special Term, County of Washington, for consideration as a petition pursuant to CPLR article 78. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Kane, JJ. concur.

## (September 15, 1972)

■ In the Matter of MARTHA T. DAYTON, Respondent, v. BOARD OF ELECTIONS OF ALBANY COUNTY et al., Respondents, and ROBERT E. SHAFFER, Appellant.— Appeal from a judgment of the Supreme Court at Special Term, entered September 5, 1972 in Albany County, in a proceeding under section 330 of the Election Law which ordered that Martha T. Dayton be declared the winning candidate in the Primary Election for the office of candidate of the Democratic Party for Member of Assembly, 105th District, for the State of New York. On this record it is impossible to conclusively determine which candidate received the greater number of votes. Consequently, we are constrained to direct a new election. (See Election Law, § 330, subd. 2.) Judgment reversed, on the law and the facts, without costs, and new election directed to be held on or before September 26, 1972. Herlihy, P. J., Greenblott, Sweeney, Kane and Reynolds, JJ., concur.